A. SCHUYLER BUSSING, Appellant, *v.* LOWELL FILM PRODUCTIONS, INC., Respondent.

(Argued May 2, 1932; decided June 1, 1932.)

*Tobias A. Keppler* and *Martin J. Desmoni* for appellant.
*Alfred D. Dennison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.